IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONTESTA ATCHISON, individually and on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  CIV. ACT. NO. 1:25-cv-28-TFM-B |
| CARDIOLOGY ASSOCIATES OF MOBILE, INC., | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF ACKNOWLEDGMENT**

Pending before the court is a *Notice of Dismissal Without Prejudice* (Doc. 4, filed 1/31/2025) in which Plaintiff voluntarily dismisses all claims against the Defendant without prejudice – both as an individual and on behalf of the purported class members. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A).

Here, no answer or motion for summary judgment has been filed. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been in accordance with Plaintiff's notice. Therefore, this case is dismissed without prejudice with each party to bear their own attorneys' fees and costs. No determinations have been made on whether there would be a class and those claims are also dismissed without prejudice as there is no named plaintiff remaining after the dismissal of Contessa Atchison.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 6th day of February, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE